# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JEAN A. LORISTON,**

                                        **Plaintiff,**

**-vs-**                                                              **Case No.  6:05-cv-430-Orl-31KRS**

**MARRIOTT INTERNATIONAL, INC.,**

                                        **Defendant.**

_____

## ORDER

       This cause came on for consideration without oral argument on the following motion filed

herein:

| |
|---|
| **MOTION:     DEFENDANT'S MOTION TO COMPEL (Doc. No. 18)** |
| **FILED:        October 26, 2005** |
| _____ |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. |

       On August 17, 2005, Defendant Marriot International, Inc., (Marriot) served certain

interrogatories and a request for production on Plaintiff Jean A. Loriston.  Doc. No. 18 at 1.  Marriot

maintains that many of Loriston's answers to its interrogatories are insufficient.  Marriot further

contends that Loriston has failed to file any written response to its request for production.  *Id*. at 2.

Hence, Marriot seeks to compel Loriston to file supplemental answers to Defendant's Interrogatory

numbers 8, 10, 12, and 14.  Marriot also seeks to compel Loriston to respond to Defendant's Request

for Production numbers 1, 3, 4, 5, 6, 7, 8, and 9.

Loriston has not responded to the motion to compel and the time for doing so has passed.[1]

Accordingly, I will treat the motion to compel as unopposed.

Loriston is hereby **ORDERED** to serve complete sworn supplemental answers to Defendant's

Interrogatory numbers 8, 10, 12, and 14, and produce documents within his possession, custody or

control that are responsive to Defendant's Request for Production numbers 1, 3, 4, 5, 6, 7, 8, and 9,

on or before November 23, 2005.  Failure to comply with this Order may result in sanctions, including

but not limited to dismissal of this action.

**DONE** and **ORDERED** in Orlando, Florida on November 10, 2005.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1]  The Case Management and Scheduling Order requires that answer to motions be filed fourteen days after the motion is served (eleven days plus three days for mailing).  Doc. No. 17 at 5.