**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JEAN A. LORISTON,

                      **Plaintiff,**

-vs-                                                Case No. 6:05-cv-430-Orl-31KRS

**MARRIOTT INTERNATIONAL, INC.,**

                      **Defendant.**
_____

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on a Motion to Dismiss filed by the Defendant, Marriott International, Inc. (Doc. 23).[1] The Defendant filed this Motion on January 30, 2006. The Plaintiff has not filed an opposition to the Motion, the time to do so has passed, and it appears that the Defendant's Motion is well-founded.[2] It is therefore

**ORDERED THAT** the Defendant's Motion to Dismiss (Doc. 23) is GRANTED as unopposed, and the Plaintiff's Complaint (Doc. 1) is DISMISSED with prejudice. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 22, 2006.

                                                                    GREGORY A. PRESNELL
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

---

[1] The Plaintiff's Complaint appears at Doc. 1.

[2] This is not the first time in this case that the Plaintiff has failed to respond to either the Defendant's motions or to the Court's orders in a timely manner. *See* Docs. 13, 14, 15.